IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEVI ISAAC DALE**                                                                 **PLAINTIFF**

v.                                  No. 4:25-cv-00029-JM-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                         **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 15 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE