IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEVI ISAAC DALE**                                                                                          **PLAINTIFF**

**V.**                                          **4:25CV00029JM**

**FRANK BISIGNANO,**
**Commissioner, Social Security**
**Administration**                                                                                            **DEFENDANT**

### ORDER

Plaintiff has filed a motion for attorney's fees, docket #11 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner objects to fees requested based on the total time expended. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff's request of $7,492.35 is reasonable and Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $7,492.35. These fees, costs and expenses should be payable directly to Plaintiff and mailed to his attorney. Plaintiff's motion is GRANTED.

IT IS SO ORDERED this 5th day of June, 2025.

James M. Moody Jr.
United States District Judge